IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 4:04CR70083 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LANNY BENJAMIN BODKINS | ) | By: Hon. Glen E. Conrad |
| ANTHOINE PLUNKETT | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

as follows:

1. The Government's motion to set deadlines for filing of pretrial motions is GRANTED. Beverly Davis, counsel for defendant Plunkett, is to submit a proposed order including the new deadline of June 20, 2005 to the court.

2. Defendant Plunkett's motion to regulate discovery is GRANTED in part. Beverly Davis is to include the agreed reciprocal discovery deadline of July 8, 2005 in his proposed order.

3. The Government's motion to unseal previously filed ex parte motions, applications and pleadings and to prohibit further ex parte filings without notice to the government is GRANTED only to the extent that the court ORDERS Magistrate Judge Urbanski to prepare a report for the court as described in the accompanying Memorandum Opinion. In all other respects, the Government's motion is DENIED.

4. Defendants' motions to bar tokens/insignia is GRANTED in part.

5.  Defendant Plunkett's motion in limine - penalty phase is GRANTED in part and DENIED in part.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:    This 11th day of May, 2005.

_____
United States District Judge