CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 1 2005

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:04-CR-70083-1 |
| | ) | |
| LANNY BENJAMIN BODKINS, | ) | By:   Michael F. Urbanski |
|     Defendant. | ) |        United States Magistrate Judge |

| | | |
|---|---|---|
| | ) | |
| UNITED STATES, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:04-CR-70083-2 |
| | ) | |
| ANTOINE PLUNKETT, | ) | |
|     Defendant. | ) | |

## ORDER

This matter is before the court pursuant to the Order dated December 28, 2004 concerning review and approval of interim CJA vouchers and for approval of certain investigative, expert or other services pursuant to 21 U.S.C. § 848(q)(9). At the request of the undersigned and as recommended in the Guide to Judiciary Policies & Procedures, Appointment of Counsel in Criminal Cases, Vol. VII, § 6.02F, counsel submitted proposed budgets for the defense of this case under seal. Consistent with the requirements of the Guide, the case budgets were "submitted *ex parte* and filed and maintained under seal." Id.

As the proposed fees and expenses for investigative, expert and other services exceeded the limit set forth in 21 U.S.C. § 848(q)(10)(B), the proposed budgets were submitted by the undersigned to the Chief Judge of the Fourth Circuit Court of Appeal for approval, and Chief Judge Wilkins approved the budgets as recommended by the undersigned.

Accordingly, it is **ORDERED** that vouchers consistent with these budgets approved by Chief Judge Wilkins may be submitted for review and payment.

Enter this \_\_11th\_\_ day of \_\_May_____, 2005.

_____
Michael F. Urbanski
United States Magistrate Judge