CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUN 0 1 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 4:04CR70083 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LANNY BENJAMIN BODKINS | ) | By: Hon. Glen E. Conrad |
| ANTOINE PLUNKETT | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

The court has considered certain recommendations regarding the proper location of the upcoming trial in this matter from the United States Marshall's Service as well as counsel for the defendants and the Government. After weighing these recommendations in light of the need for adequate security and the convenience of the jury, the defendants, and witnesses, pursuant to Federal Rule of Criminal Procedure 18, it is hereby

ORDERED

as follows:

1. The trial in this matter will take place at the United States District Court located in the United States Courthouse in Lynchburg, Virginia.

2. The trial will be scheduled for four days per week, from Monday through Thursday, from 9:00 am to 4:00 pm each day. The court generally expects the jury to be present during those hours, with a one hour break for lunch as well as two fifteen minute breaks, one in the morning and one in the afternoon. However, the court also has the expectation that no day scheduled for trial will have fewer than five and one half hours on the record.

3.  If there are matters that must be heard by the court outside the presence of the jury, it will be incumbent upon counsel to notify the court immediately to permit the court to convene outside the scheduled trial hours.

4.  Counsel for both the Government and the defendants should make arrangements to visit with the staff of the Clerk's office in Lynchburg at some time after August 1, 2005 to familiarize themselves with the new courtroom and the technology available therein. The Clerk is directed to send certified copies of this order to all counsel of record.

ENTER:   This 1st day of June, 2005.

                                                      /s/ Jackson L. Kiser

                                                      United States District Judge