IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Case No. 4:04CR70083 |
| v. | ) ) | **ORDER** |
| LANNY BENJAMIN BODKINS ANTOINE PLUNKETT | ) ) ) ) | By: Hon. Glen E. Conrad United States District Judge |
| Defendants. | ) ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED

that defendant Plunkett's motion for judgment of acquittal shall be and hereby is DENIED.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER:   This 9th day of September, 2005.

*/s/ Glen E. Conrad*
United States District Judge