CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 2 7 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANNY BENJAMIN BODKINS ) <br> ) <br> Defendant. ) | Criminal Case No. 4:04CR70083 <br><br> **ORDER** <br> By: Hon. Glen E. Conrad <br> United States District Judge |

### ORDER

This case is before the court on defendant Lanny Benjamin Bodkins' motion for post-trial relief. Based on findings of fact and conclusions of law set forth in a Memorandum Opinion filed this day, it is hereby

### ORDERED

that the motion shall be and hereby is **DENIED**.

The Clerk of Court is directed to schedule a sentencing hearing and to send certified copies of this Order and the attached Memorandum Opinion to all counsel of record.

ENTER: This 21st day of April, 2006.

_____
United States District Judge