Clerk's Office U.S. Dist. Court
AT ROANOKE, VA
FILED

APR 03 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:04CR70083 |
| | ) | (CASE NO. 4:14CV80706) |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| | ) | |
| LANNY BENJAMIN BODKINS, | ) | By: Hon. Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, For the stated reasons, it is

**ADJUDGED AND ORDERED**

that the § 2255 action (ECF No. 908) is DISMISSED WITHOUT PREJUDICE and stricken from the active docket of the court; and the defendant's "Motion for Authorization to File a Second or Successive [§ 2255] Motion" (ECF No. 908) is DENIED. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: This 3rd day of April, 2014.

_____
Chief United States District Judge